UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | |
| and Daniel L. McKenty, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### I. INTRODUCTION

1.      This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. PARTIES

2.      Plaintiff, Lisa Davis, is a natural person residing in Millsboro, Sussex County Delaware.

3.      Defendants, McCullough & McKenty and Daniel L. McKenty, are engaged in the business of collecting debts in this state with their principal place of business located at 824 Market Street, Fourth Floor, Wilmington, Delaware 19801. A significant part of Defendants' business is the collection of debts using the mail and telephone, and Defendants regularly attempt to collect debts alleged to be due another.

Case 1:05-cv-00580-GMS    Document 2    Filed 08/09/2005    Page 2 of 3

III. FACTUAL ALLEGATIONS

4. Defendants sent Plaintiff various letters for the purpose of collecting a debt allegedly owed by Plaintiff.

5. The debt sought to be collected is a consumer debt as defined by 15 U.S.C. §1692a.

6. In August of 2004, Defendants filed a debt action against Plaintiff on behalf of Capital One Bank in the Court of Common Pleas for New Castle County. A copy of the Praecipe and Complaint is attached hereto and incorporated herein as Exhibit "A".

7 The address listed in the complaint for Plaintiff is in Bridgeville, Delaware.

8. At all times relevant hereto, Plaintiff resided in Sussex County.

9. Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Defendants' violations include, but are not limited to the following:

   a. Violation of 15 U.S.C. Section 1692i in that the Defendants filed a collection suit against Plaintiff in a county other than the one in which she resides.

   b. Violation of 15 U.S.C. Section 1692e(10) in that the Defendants used false, deceptive, or misleading means in connection with the collection of the alleged debt.

IV. CLAIM FOR RELIEF

10. As a result of the above violations of the FDCPA, Defendants are liable to Plaintiff in the sum of Plaintiff's actual damages, statutory damages, and costs.

11. Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendants for:

(a) actual damages;

(b) statutory damages pursuant to 15 U.S.C. § 1692k;

(c) Costs;

(d) Such other relief as may be just and proper.

LEGAL SERVICES CORPORATION OF DELAWARE, INC.

BY: _____
Susan E. Flood
100 West 10th Street, Suite 203
Wilmington, Delaware 19801
302-575-0408 ext. 105 - telephone
302-575-0478 - fax

Attorney for Plaintiff

Dated: 8/9/05