

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE**
OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

October 18, 2005

TO:   Lisa Davis
c/o Susan Flood
Legal Services Corporation of DE, Inc.
100 W. 10th Street, Suite 203
Wilmington, DE 19801

**RE:   U.S. Marshal 285 Forms
Civil Action # 05-CV-580 GMS**

Dear Ms. Davis:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/aw

PETER T. DALLEO
CLERK

cc:   The Honorable Gregory M. Sleet
U.S. Marshal

Case 1:05-cv-00580-GMS     Document 4     Filed 10/18/2005     Page 2 of 2