UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-580-GMS |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## ANSWER

1. Admitted upon information and belief.

2. Admitted upon information and belief.

3. Admitted that defendants McCullough & McKenty and Daniel L. McKenty engage in the business of collecting debts. Denied that their principal place of business is 824 Market Street, Wilmington, Delaware, 19801. Denied that a significant portion of defendants' business is the collection of debts using the mail and telephone. Admitted that defendants attempt to collect the debts due another.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

9. Denied in full and as to each subpart.

10. Denied.

11. Denied.

## FIRST AFFIRMATIVE DEFENSE

12. The filing of the Complaint against Lisa Davis in New Castle County was a bona fide error pursuant to 15 U.S.C. § 1692(k).

13. Defendant McCullough & McKenty, P.A., a law firm, and defendant Daniel L. McKenty, Esquire, maintain office procedures, including attorney review of collection files and complaints, that are reasonably adapted to avoid such error.

14. When the inadvertent error was brought to the attention of defendants McCullough & McKenty, P.A. and Daniel L. McKenty through an October 6, 2004 letter from plaintiff's attorney, Ms. Flood, defendant Daniel L. McKenty immediately recognized the error and filed a Notice of Dismissal on November 24, 2004. A revised complaint against plaintiff Lisa Davis was never re-filed.

## SECOND AFFIRMATIVE DEFENSE

15. Pursuant to F.R.C.P. 9(b), fraud must be pled with particularity.

McCULLOUGH & McKENTY, P.A.

/s/ Dana M. Spring
Dana M. Spring, Del. Bar # 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for McCullough & McKenty, P.A.
and Daniel L. McKenty

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-580-GMS |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I certify that, on this date, a copy of the attached Answer was served, electronically, on the following individual:

Susan E. Flood, Esquire
Legal Services Corporation of Delaware
100 West 10th Street, Suite 203
Wilmington, DE  19801


/s/ Dana M. Spring
Dana M. Spring

November 15, 2005