UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-580-GMS |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS RULE 26(a) INITIAL DISCLOSURES

1. (a) Plaintiff and defendants.

   (b) August 10, 2004, Complaint Capital One Bank v. Lisa Davis, C.A. 2004-08-192, Court of Common Pleas.

   November 19, 2004, Notice of Dismissal, C.A. No. 2004-08-192.

   (c) N/A

   (d) N/A

   (e) N/A

2. (a)-(c) Defendants have not yet retained an expert with respect to this litigation. Defendants reserve the right to obtain and name an expert in the future.

3. (a) Daniel L. McKenty, Esquire; Justina Bayless

   (b) N/A

   (c) See documents referenced in 26(a)(1)(b).

                McCULLOUGH & McKENTY, P.A.


                /s/ Dana M. Spring
                Dana M. Spring, Del. Bar # 4605
                1225 N. King Street, Suite 1100
                P.O. Box 397
                Wilmington, DE 19899-0397
                (302) 655-6749
                Attorney for McCullough & McKenty, P.A.
                and Daniel L. McKenty

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-580-GMS |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of the attached Defendants Rule 26(a) Initial Disclosures was served, electronically, on the following individual:

Susan E. Flood, Esquire
Legal Services Corporation of Delaware
100 West 10th Street, Suite 203
Wilmington, DE  19801


/s/ Dana M. Spring
Dana M. Spring

March 10, 2006