# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-580 GMS |
| | : | |
| MCCULLOUGH & MCKENTY, P.A., | : | |
| and DANIEL L. MCKENTY, | : | |
| | : | |
| Defendants. | : | |

INITIAL DISCLOSURES

The following Initial Disclosures are being made pursuant to Federal Rule of Civil Procedure 26(a).

(1)(A)  The name, address, and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1.  Lisa Davis,112 Red Cedar Drive, Milton, DE 19968.
2.  Daniel McKenty of McCullough & McKenty, 1225 North King Street, Suite 1100, P.O. Box 397, Wilmington, DE 19899-0397(302)479-9910.
3. Special process server, 1730 Marsh Road, Wilmington, DE 19810.  (302)479-9910.

(B) A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

See attached copy of complaint filed on August 10, 2004.

(C) A computation of any category of damages claimed by the disclosing party:

The damages claimed in the complaint are both actual and statutory.  The actual damages are for emotional upset, and the statutory damages claimed are the maximum permitted by statute, 15 U.S.C. Sect 1692k.

(D) Any insurance agreement:

   None known.


   (2)No expert(s) has been retained at this time, however, Plaintiff reserves the right to retain an expert at a later date.



**/s/ Susan E. Flood**
Susan E. Flood, Esquire
Legal Services Corporation of Delaware, Inc.
100 West 10th Street, Suite 203
Wilmington, DE 19801

Dated: **3/13/06**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LISA DAVIS,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-580 GMS** |
| | : | |
| **MCCULLOUGH & MCKENTY, P.A.,** | : | |
| **and DANIEL L. MCKENTY,** | : | |
| | : | |
| **Defendants.** | : | |

CERTIFICATE OF SERVICE

I certify that, on this **13th**_____ day of March, 2006, a copy of
the attached Rule 26(a) Initial Disclosures was served by first
class mail on:

    Dana Spring, Esq.
    McCullough & McKenty, P.A.
    1225 North King Street, Suite 1100
    P.O. Box 397
    Wilmington, DE 19899-0397


        **/s/ Susan E. Flood**_____
        Susan E. Flood
        Legal Services Corporation of Delaware, Inc.
        100 West 10th Street, Suite 203
        Wilmington, DE  19801