IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DAVIS, | : |
|     **Plaintiff,** | : |
| v. | :    Civil Action No. 05-580 GMS |
| MCCULLOUGH & MCKENTY, P.A., and DANIEL L. MCKENTY, | : |
|     **Defendants.** | : |

**NOTICE OF SERVICE**

    I, Susan E. Flood, hereby certify that on April 25, 2006, I caused two (2) true and correct copies of Plaintiff's Interrogatories to Defendants and Request to Produce Documents to be served on the following counsel of record for Defendants by first class mail, postage prepaid:

    Dana Spring Monzo, Esquire
    McCullough & McKenty, P.A.
    1225 King Street, Suite 1100
    P.O. Box 397
    Wilmington, DE 19899-0397

Legal Services Corporation of Delaware, Inc.

By: **/s/ Susan E. Flood**
    Susan E. Flood, Esquire
    100 West 10th Street, Suite 203
    Wilmington, DE 19801

Dated: **4/25/06**