H:\FILES\DAN\DAVIS V. MCCMCK\NOD2.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| **Plaintiff,** | ) | **C.A. No. 05-580-GMS** |
| | ) | |
| v. | ) | |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | **TRIAL BY JURY OF TWELVE** |
| and Daniel L. McKenty | ) | **DEMANDED** |
| | ) | |
| **Defendants.** | ) | |

### RE-NOTICE OF DEPOSITION

TO:    Susan E. Flood, Esquire
       Legal Services Corporation of Delaware
       100 West 10th Street, Suite 203
       Wilmington, DE  19801

      **PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition

of plaintiff Lisa Davis on Wednesday, May 31, 2006, at 11:00 a.m., in the offices of  McCullough

& McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801.

               **McCULLOUGH & McKENTY, P.A.**


               /s/ Dana Spring  Monzo
               Dana Spring Monzo
               Daniel L. McKenty
               1225 N. King Street, Suite 1100
               P.O. Box 397
               Wilmington, DE 19899-0397
               (302) 655-6749
               Attorneys for Defendant

Dated: May 5, 2006