UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-580-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

The defendants request that the plaintiff produce for copying and examination at the office of the attorney for defendants on or before thirty (30) days from receipt of this Request the following:

1. Please produce any documents related to the credit card holder information with Capital One Bank.

2. Please produce any documents regarding claims made by the plaintiff in this matter.

3. Please produce any documents plaintiff plans to use at trial.

                                                        **McCULLOUGH & McKENTY, P.A.**

                                                        /s/ Dana Spring Monzo
                                                        Dana Spring Monzo
                                                        Daniel L. McKenty
                                                        1225 N. King Street, Suite 1100
                                                        P.O. Box 397
                                                        Wilmington, DE 19899-0397
                                                        (302) 655-6749
                                                        Attorneys for Defendant

Date: May 30, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-580-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| MCCULLOUGH & MCKENTY, P.A., | ) | TRIAL BY JURY OF TWELVE |
| and Daniel L. McKenty | ) | DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I certify that, on this date, a copy of the Request for Production of Documents Directed to Plaintiff was served, via e-file, on the following individual:

Susan E. Flood, Esquire
Legal Services Corporation of Delaware
100 West 10th Street, Suite 203
Wilmington, DE  19801


/s/ Dana M. Spring
Dana M. Spring

May 31, 2006