LEGAL SERVICES CORPORATION OF DELAWARE, INC.
100 West 10th Street, Suite 203
Wilmington, Delaware 19801

Telephone 302-575-0408
Telecopier 302-575-0478
www.DelawareLegalLink.org

June 06, 2006

Lisa Davis
[Address Redacted]

SENT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO. 7005 1820 0001 9472 6714

Re: *Davis v. McCullough & McKenty, P.A.*, C.A. No. 05-580-GMS
LSCD File No: 04E-1001315

## Notice Pursuant to D. Del. LR 83.7

Dear Ms. Davis:

Pursuant to the above District Court Rule, Legal Services Corporation of Delaware must advise you in writing that after the passing of ten (10) days we will present the within *MOTION TO WITHDRAW AS COUNSEL* before the United States District Court for the District of Delaware.

Very truly yours,

Michael Gula
Paralegal *for* Susan E. Flood
Mike@lscd.com

MXG/s
Enclosure

F:\Michael\Court\Davis_NOTICE.wpd





**LEGAL SERVICES CORPORATION OF DELAWARE, INC.**
100 WEST 10TH STREET • SUITE 203
WILMINGTON, DELAWARE 19801

TO:

Lisa Davis

*Address Redacted*

RECEIVED BY
JUN 22 2006
LSCD