UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| **LISA DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.:  05-580  GMS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MCCULLOUGH & MCKENTY, P.A.,** | ) | |
| **and Daniel L. McKenty,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Counsel for the Plaintiff, Lisa Davis, hereby moves the Court for leave to withdraw as counsel.

In support of this motion, counsel hereby makes the following submissions:

1.  The above-captioned action involves claims under the federal Fair Debt Collection Practices Act.

2.  The defendants are the law firm and individual attorney collecting or attempting to collect the alleged debt.

3.  Defendants originally noticed a deposition of Plaintiff for April 24, 2006, at 10:00 a.m.

4.  At Plaintiff's request, Defendants renoticed the deposition for April 25, 2006, at 11:00 a.m.  The new notice was dated March 13, 2006 and received by Counsel for Plaintiff on March 14, 2006.

5.  Counsel for Plaintiff forwarded a copy of the above Notice, along with an explanatory letter, also stating the date and time of the deposition, on March 14, 2006.

6.   Counsel for Plaintiff sent Plaintiff a reminder letter dated March 29, 2006.

7.   Plaintiff left a voice mail message for her attorney on April 19, 2006 stating that she
     needed to reschedule her deposition.  She did not speak directly to a staff member at
     Legal Services Corporation of Delaware, Inc. (LSCD).

8.   Counsel for Plaintiff was out of the office and did not receive the message until Friday,
     April 21, 2006.  Counsel directed the paralegal assigned to the case to contact Plaintiff
     first regarding the late request to reschedule and then to contact Counsel for
     Defendants.

9.   LSCD contacted Plaintiff and left a voice mail message.  Plaintiff called back leaving a
     message that she had to reschedule the deposition do to make up exams at school.

10.  Later on April 21st, LSCD contacted Counsel for Defendants to request that the
     deposition be rescheduled.  Counsel called LSCD back that same date and stated that
     Defendants refused to reschedule.

11.  Shortly thereafter, on April 21st, LSCD contacted Plaintiff and informed her that
     Defendants refused to reschedule.  She did not indicate whether she would come to the
     deposition.

12.  Counsel for Plaintiff contacted her by telephone three (3) times on the morning of
     Monday, April 24, 2006, leaving her several voice mail messages.

13.  On Monday, April 24, 2006, LSCD sent Counsel for Defendants a confirmatory letter
     regarding Plaintiff's request to reschedule and Defendants' denial of the request.

14.  On Monday, April 24th, Counsel for Plaintiff left Plaintiff another message at

approximately 5:20 p.m. regarding the deposition scheduled for April 25, 2006.

15. On Tuesday, April 25, 2006, Counsel for Plaintiff contacted Counsel for Defendants by telephone to inform her that LSCD had not heard from Plaintiff in response to the voice mail messages.

16. Plaintiff did not appear in her attorney's office and did not appear for the scheduled deposition.

17. On May 3, 2006, Counsel for Plaintiff received a telephone call with several potential dates from Counsel for Defendants' office and contacted Plaintiff the same day.

18. Plaintiff agreed to Wednesday, May 31, 2006, at 11:00 a.m. and said she was writing the date down. Counsel for Plaintiff emphasized the importance of her attendance at the deposition and told Plaintiff to come to her attorney's office before the deposition.

19. A few minutes later, Counsel for Plaintiff contacted Counsel for Defendants' office and communicated the agreed upon date and time for the deposition.

20. The renotice of the deposition was filed on May 5, 2006. The notice was received by LSCD and a copy forwarded to Plaintiff on the same day it was filed.

21. Counsel for Plaintiff sent another copy of the Notice to Plaintiff with an accompanying letter on May 8, 2006.

22. On May 30, 2006, LSCD contacted Plaintiff by telephone, leaving a message to remind Plaintiff of the deposition rescheduled for May 31, 2006 and telling her to come to her attorney's office before the deposition.

23. On the morning of May 31st, Plaintiff did not arrive at her attorney's office. Counsel for

Plaintiff attempted to contact Plaintiff by telephone.

24.    Upon reaching Plaintiff, her attorney told her that she had a deposition scheduled for

today.  Plaintiff stated that she was in the hospital and terminated the call.

25.    Based upon the above, Plaintiff's failure to communicate with her attorney or assist her

attorney in the successful completion of her case, and Plaintiff's failure to appear for

two court noticed depositions, counsel for Plaintiff believes that it is not possible to

continue to adequately represent the Plaintiff.

WHEREFORE, the movant respectfully requests leave to withdraw as counsel to the Plaintiff.

LEGAL SERVICES CORPORATION
OF DELAWARE, INC.

BY: /s/ Susan E. Flood

Susan E. Flood, Esquire
100 West 10th St., Suite 203
Wilmington, Delaware 19801
302-575-0408 telephone

Dated: **6/28/06**

Attorney for Plaintiff

IT IS SO ORDERED the _____ 2d $^{th}$ _____ day of _____ June _____ 2006.

J.

F:\Staff Folders\Susan\DOCS\Motions2WDraw\LisaDavis.wpd