IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LISA DAVIS, Pro Se                    )
                                     )
                Plaintiff            )
                                     )
v.                                   )        Civil Action No: 05-580 GMS
                                     )
McCULLOUGH & McKENTY, P.A.,          )
et al.                               )
                Defendants           )

## O R D E R

WHEREAS, on August 9, 2005, a Complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on November 15, 2005, an Answer to the Complaint was filed on behalf of the defendants (D.I. 7);

WHEREAS, on February 16, 2006, a Scheduling Order was issued (D.I. 11);

WHEREAS, on June 2, 2006, a Motion to Dismiss for failure to prosecute was filed by the defendants (D.I. 23).  As of the date of this Order, a response to the motion has not been filed with the court.

WHEREAS, on June 28, 2006, counsel for the plaintiff filed a Motion for Leave to Withdraw (D.I. 24), which was granted by the court on the same date (D.I. 25);

IT IS HEREBY ORDERED that:

The plaintiff file a response to the Motion to Dismiss within 10 days of the date of this Order.  Failure to comply with the court's Order will result in dismissal, without prejudice, of this case.

June ___29___, 2006                              UNITED STATES DISTRICT JUDGE