LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109 |
| PARALEGALS<br>  JUSTINA K. BAYLESS<br>  CANDACE E. HOLMES<br>  LAURA B. SPENCE<br>  MARY S. MOONEY | TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **Writer's Direct Contact**<br>Telephone Extension:  31<br>dmonzo@mccmck.com<br>www.mccmck.com |

July 27, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

      **RE:**    Lisa Davis v. McCullough & McKenty, P.A., and Daniel McKenty
              U.S. District Court, C.A. No. 05-580 (GMS)

Dear Judge Sleet:

      On June 2, 2006, defendants McCullough & McKenty and Daniel L. McKenty, filed a Motion to Dismiss. On June 29, 2006, this Court issued an Order stating that plaintiff had 10 days to file a Response to Defendants' Motion to Dismiss. As of July 26, 2006, plaintiff has not filed a Response to Defendants' Motion to Dismiss.

      Defendants respectfully request that this Court dismiss plaintiff's case pursuant to the order on June 29, 2006, or in the alternative, decide defendants' Motion to Dismiss on the papers before it.

      Please do not hesitate to contact me should you have any questions or concerns on anything contained herein. I remain,

                                              Respectfully yours,

                                              /s/ Dana Spring Monzo
                                              Dana Spring Monzo

DSM:ceh
H:\FILES\DAN\DAVIS V. MCCMCK\Sleet1 - Motion to Dismiss.wpd
    cc:    Ms. Lisa Davis