IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA DAVIS, Pro Se ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No: 05-580 GMS |
| ) | |
| McCULLOUGH & McKENTY, P.A., ) | |
| et al. ) | |
| Defendants ) | |

## ORDER

WHEREAS, on August 9, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on November 15, 2005, an answer to the complaint was filed on behalf of the defendants (D.I. 7);

WHEREAS, on February 16, 2006, a Scheduling Order was issued (D.I. 11);

WHEREAS, on June 2, 2006, a motion to dismiss for failure to prosecute was filed by the defendants (D.I. 23);

WHEREAS, on June 28, 2006, counsel for the plaintiff filed a motion for leave to withdraw (D.I. 24), which was granted by the court on the same date (D.I. 25);

WHEREAS, on June 29, 2006, the court ordered the plaintiff to respond to the defendants' motion to dismiss within 10 days of the date of the Order. The plaintiff was advised that failure to comply with the court's Order would result in dismissal, without prejudice, of this case (D.I. 26);

WHEREAS, as of today's date, the court's docket reflects that the plaintiff has not responded to the defendants' motion to dismiss.

IT IS HEREBY ORDERED that:

This case is DISMISSED, without prejudice, for failure to prosecute and for failure to comply with the court's Orders.

July __27__, 2006

UNITED STATES DISTRICT JUDGE